IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

W. CHARLENE ARNOLD,           )
                              )
    Plaintiff,          )
                              )           Case No. 1:14-cv-8
v.                            )           Chief Judge Haynes
                              )
ASCENSION HEALTH, INC, et al.,)
                              )
    Defendants.         )

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal without prejudice of all claims against Defendant Ascension Health, Inc. only. (Docket Entry No. 27). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), all claims brought by Plaintiff in this action against Ascension Health, Inc. are **DISMISSED without prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

**ENTERED** this the ___ day of April, 2014.

                              WILLIAM J. HAYNES, JR.
                              Chief United States District Judge