UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| WILLA CHARLENE ARNOLD, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:14-cv-8 |
| SAINT THOMAS HEALTH f/n/a SAINT THOMAS HEALTH SERVICES, | ) ) ) ) | CHIEF JUDGE HAYNES JURY DEMAND |
| SAINT THOMAS HICKMAN HOSPITAL f/n/a HICKMAN COMMUNITY HEALTHCARE SERVICES, INC. a/k/a HICKMAN COMMUNITY HOSPITAL, | ) ) ) ) ) | |
| SAINT THOMAS HOME HEALTH f/k/a HICKMAN COMMUNITY HOME CARE, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

*[Handwritten notation: Quash / This motion / No granted. / J. [signature] / 5-23-14]*

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY

Defendants Saint Thomas Health, Saint Thomas Hickman Hospital, and Saint Thomas Home Health (collectively, the "Defendants") hereby move to file a Reply to Plaintiff's Response in Further Support of their Motion to Dismiss and/or Motion for Partial Dismissal. Plaintiff has raised several issues to which a brief reply from Defendants will assist the Court in making an appropriate determination on Defendants' Motion to Dismiss and/or Motion for Partial Dismissal. A copy of Defendants' proposed Reply brief is attached as **Exhibit A** to this Motion.

**WHEREFORE**, Defendants respectfully request permission to file their Reply to Plaintiff's Response in Further Support of their Motion to Dismiss and/or Motion for Partial